7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Susan C. Turner
*Debtor*

*Bankruptcy Case No.*
15−40181−can7

**Rose Hill Bank**
　Plaintiff(s)

*Adversary Case No.*
15−04086−can

v.

**Susan C. Turner**
　Defendant(s)

## JUDGMENT

　　This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: that judgment is entered in favor of Defendant Susan C. Turner and against Plaintiff Rose Hill Bank on all counts. Further, there being no pending objections to discharge and the deadline to object to discharge having expired, the Clerk is hereby ordered to enter an order of discharge forthwith. Each side to bear its own costs.

Paige Wymore−Wynn
Acting Court Executive

By: /s/ Jamie McAdams
　　Deputy Clerk



Date of issuance: 2/24/16

Court to serve